UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN T. PENNINGTON,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; PROFESSIONAL PAIN MANAGEMENT ASSOCIATES, VANETTE PERKINS, M.D.; JOHN DOE(2) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>                    Defendants. | Civil Action No.: 12-cv-07179<br><br><br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this action for Defendant, Ameridose, LLC.  I certify that I am an Attorney-at-Law admitted to practice before the United States District Court, District of New Jersey and am a member of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Dated:  December 17, 2012

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

By:     /s/ *Walter R. Krzastek*
Walter R. Krzastek, Esq.
1300 Mount Kemble Avenue
Morristown, New Jersey 07960
Phone: (973) 993-8100
Fax:    (973) 425-0161
Email: wkrzastek@mdmc-law.com