**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN T. PENNINGTON,<br><br>                             Plaintiffs,<br><br>vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; PROFESSIONAL PAIN MANAGEMENT ASSOCIATES, VANETTE PERKINS, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>                             Defendants. | Civil Action No.: 12-cv-07179(JHR)(KMW)<br><br>**APPLICATION FOR A CLERK'S ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO COMPLAINT** |

**PLEASE TAKE NOTICE** that application is hereby made for a Clerk's Order extending time within which defendant Ameridose, LLC, may answer, move or otherwise reply to the Amended Complaint filed on behalf of plaintiff, and it is hereby represented that:

    1.    No previous extension has been obtained;

    2.    Plaintiff filed an Amended Complaint on November 9, 2012;

3. Defendant New England Compounding Pharmacy Inc., d/b/a New England Compounding Center filed a Notice of Removal to this Court on November 19, 2012;

4. Plaintiff served process of the Amended Complaint on Defendant, Ameridose, LLC on November 29, 2012;

5. The time to answer, move or otherwise reply to the Amended Complaint has not expired; and

6. Therefore, pursuant to the 14-day extension provided under Local Civil Rule 6.1(b), the time to Answer, Move or otherwise Reply expires on January 3, 2012.

Dated: December 20, 2012

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant,
Ameridose, LLC


By:___/s/ *Walter R. Krzastek*_____
          Walter R. Krzastek, Esq.


**ORDER**

The above application is **ORDERED GRANTED**.

ORDER DATED _____


WILLIAM T. WALSH, Clerk


By:_____
          Deputy Clerk

2