UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PENNINGTON,                               :

      Plaintiff                  :
VS.
                                    :
                                                    12-7179

NEW ENGLAND COMPOUNDING           :
PHARMACY, INC., et al.,

                                    :     **ORDER OF REASSIGNMENT**
      Defendants                :

                                      :
                            - - - - - - - - - - -

It is on this 3rd day of January, 2013 on the Courts own motion:

ORDERED that the above entitled matter is hereby reassigned from JUDGE JOSEPH H. RODRIGUEZ to JUDGE RENÉE MARIE BUMB.

                                            s/ Jerome B. Simandle
                                            **JEROME B. SIMANDLE, CHIEF JUDGE**