**Harris Beach PLLC**
One Gateway Center
Suite 2500
Newark, New Jersey 07102
(973) 848-1244

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN T. PENNINGTON,<br><br>     Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; PROFESSIONAL PAIN MANAGEMENT ASSOCIATES; VANETTE PERKINS, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>     Defendants. | Civil Action No.: 1:12-cv-07179-RMB-JS<br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFF'S AMENDED COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus Pharmaceutical, LLC ("Alaunus") and Plaintiff Brian Pennington, that Defendant Alaunus is hereby given an extension to February 1, 2013 to respond to Plaintiff's Amended Complaint.

-2-

Dated: January 3, 2013

| | |
|---|---|
| **HARRIS BEACH PLLC** | **SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.** |
| By:   /s/ Steven A. Stadtmauer<br>     Frederick H. Fern<br>     Steven A. Stadtmauer | By:   /s/ Mary T. Gidaro<br>     Mary T. Gidaro<br>     Michael F. Barrett |
| One Gateway Center<br>Suite 2500<br>Newark, NJ 07102<br>(973) 848-1244<br>*sstadtmauer@harrisbeach.com* | 8000 Sagemore Drive<br>Suite 8303<br>Marlton, NJ 08053<br>(856) 751-8383<br>*MGidaro@smbb.com*<br>*MBarrett@smbb.com* |
| *Counsel for Defendant Alaunus Pharmaceutical, LLC* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiff's Amended Complaint was served via the Court's ECF notification system on this 3rd day of January, 2013 to the counsel of record.

                                       /s/ Steven A. Stadtmauer
                                       Steven A. Stadtmauer