**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone:  (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN T. PENNINGTON, | ) CIVIL ACTION NO. 1:12-cv-07179-RMB-KMW |
| Plaintiff, | ) |
| v. | ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A NEW ENGLAND COMPOUNDING CENTER, et al., | ) **AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 3rd day of January, 2013.

                                            */s/ Walter F. Timpone*
                                            Walter F. Timpone
                                            Walter R. Krzastek
                                            McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                            1300 Mount Kemble Avenue
                                            P.O. Box 2075
                                            Morristown, NJ 07962-2075
                                            Phone:      973.425.8701
                                            Fax:          973.425.0161
                                            wtimpone@mdmc-law.com
                                            wkrzastek@mdmc-law.com
                                            *Attorneys for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 3, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

/s/ Walter F. Timpone
Walter F. Timpone
*Attorney for Defendant Ameridose, LLC*